ing, Inc., Joseph R. French, individually and doing business as J&J Trucking, Inc., and/or J&J Hauling, Inc., and Pamela Zeiset, as administratrix of the estate of Ernest D. Zeiset, Jr., deceased, and determined that the law of Ontario, Canada concerning noneconomic damages applies to this action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Butler v Stagecoach Group, PLC* (72 AD3d 1581 [2010]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ MEAGAN GODWIN et al., Appellants, v STAGECOACH GROUP, PLC, et al., Respondents, et al., Defendants. (Appeal No. 5.) [898 NYS2d 915]—Appeal from an order of the Supreme Court, Livingston County (Thomas M. Van Strydonck, J.), entered March 24, 2009 in a personal injury action. The order granted the motion of defendants Stagecoach Group, PLC, Coach USA, Inc., individually and doing business as Coach Canada, Inc., Trentway-Wagar, Inc., Erie Coach Lines Company, and Ryan A. Comfort and determined that the law of Ontario, Canada concerning noneconomic damages applies to this action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Butler v Stagecoach Group, PLC* (72 AD3d 1581 [2010]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ MEAGAN GODWIN et al., Appellants, v STAGECOACH GROUP, PLC, et al., Defendants, and J&J HAULING, INC., et al., Respondents. (Appeal No. 6.) [898 NYS2d 919]—Appeal from an order of the Supreme Court, Livingston County (Thomas M. Van Strydonck, J.), entered March 24, 2009 in a personal injury action. The order granted the motion of defendants J&J Hauling, Inc., Joseph R. French, individually and doing business as J&J Trucking, Inc., and/or J&J Hauling, Inc., and Pamela Zeiset, as administratrix of the estate of Ernest D. Zeiset, Jr., deceased, and determined that the law of Ontario, Canada concerning noneconomic damages applies to this action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Butler v Stagecoach Group, PLC* (72 AD3d 1581 [2010]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ TRACI BUTLER, Appellant, v STAGECOACH GROUP, PLC, et al., Respondents, et al., Defendants. (Appeal No. 7.) [899 NYS2d

698]—Appeal from an order of the Supreme Court, Livingston County (Thomas M. Van Strydonck, J.), entered March 24, 2009 in a personal injury action. The order granted the motion of defendants Stagecoach Group, PLC, Coach USA, Inc., individually and doing business as Coach Canada, Inc., Trentway-Wagar, Inc., Erie Coach Lines Company, and Ryan A. Comfort for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Butler v Stagecoach Group, PLC* (72 AD3d 1581 [2010]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ COURTNEY COWAN et al., Appellants, v STAGECOACH GROUP, PLC, et al., Respondents, et al., Defendants. (Appeal No. 8.) [898 NYS2d 920]—Appeal from an order of the Supreme Court, Livingston County (Thomas M. Van Strydonck, J.), entered March 24, 2009 in a personal injury action. The order granted the motion of defendants Stagecoach Group, PLC, Coach USA, Inc., individually and doing business as Coach Canada, Inc., Trentway-Wagar, Inc., Erie Coach Lines Company, and Ryan A. Comfort for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Butler v Stagecoach Group, PLC* (72 AD3d 1581 [2010]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ MEAGAN GODWIN et al., Appellants, v STAGECOACH GROUP, PLC, et al., Respondents, et al., Defendants. (Appeal No. 9.) [899 NYS2d 699]—Appeal from an order of the Supreme Court, Livingston County (Thomas M. Van Strydonck, J.), entered March 24, 2009 in a personal injury action. The order granted the motion of defendants Stagecoach Group, PLC, Coach USA, Inc., individually and doing business as Coach Canada, Inc., Trentway-Wagar, Inc., Erie Coach Lines Company, and Ryan A. Comfort for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Butler v Stagecoach Group, PLC* (72 AD3d 1581 [2010]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ SHEILA ELIZABETH EDWARDS, Individually, as Executrix of RICHARD F. EDWARDS, Deceased, and as Administratrix of the Estate of BRIAN EDWARDS, Deceased, et al., Appellants, v ERIE